United States District Court
Southern District of Texas
**ENTERED**
March 15, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FELIX OMAR CASTAN-CRUZ, <br>    Movant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>    Respondent. | § § § § § § § §     Civil Action No. 1:15-CV-216 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. No. 8) in the above-referenced cause of action. No objections have been filed by the Movant. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that the Movant's Motion to Vacate, Set Aside or Correct Sentence (Dkt No. 1) is dismissed as untimely pursuant to 28 U.S.C. §2255(f)(1). Additionally, the Court declines to apply the savings clause to Movant's claims. Finally, the Court declines to issue a certificate of appealability.

Signed on this \_\_\_15th\_\_\_ day of \_\_\_March\_\_\_, 2016.

_____
Rolando Olvera
United States District Judge